Steven A. Scodalakis (Bar No. 293212)
*sscordalakis@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
500 Capitol Mall, Suite 2150
Sacramento, California 95814
Telephone: 916.702.3200
Facsimile: 916.570.1947

Attorneys for ROYAL LOGISTICS, INC., and JAGJIT SINGH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>JAGJIT SINGH, ROYAL LOGISTICS, INC., and DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-03552-DAD-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DEFENSE MEDICAL EXAMINATION** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ERIC ANTONIO ("Plaintiff") and Defendants ROYAL LOGISTICS, INC. and JAGJIT SINGH ("Defendants"), by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 35, that Plaintiff shall undergo a Defense Medical Examination (DME) under the following terms:

**1. EXAMINER AND SPECIALTY**

The examination shall be conducted by Payam Moazzaz, M.D., a board-certified Orthopedic Surgeon, whose office is located for said examination at 700 Loughborough Drive, Suite C, Merced, California 95348.

**2. DATE AND TIME**

The examination will take place on September 4, 2026, 3:20 p.m. Plaintiff agrees to arrive at least 15 minutes prior to the scheduled start time.



Haight

Haight

**3. SCOPE OF THE EXAMINATION**

At said time and place, the above-named orthopedic surgeon will conduct the examination of the Plaintiff in order to determine the nature and extent of the injuries claimed to have been sustained as a result of the incident which is the subject of the above-entitled action.

The examination shall include the taking of a relevant medical history, including the incident giving rise to the subject complaints.

Dr. Moazzaz will complete a standard physical examination. The examination will not include any diagnostic test or procedure that is painful, protracted, or intrusive. Any tests or diagnostic procedures must be set forth with specificity for Plaintiff's counsel to consider, for the purpose of discussion with Defendants' counsel to determine their appropriateness, and/or to form the basis of protective order, sufficiently in advance of the scheduled examination to resolve any disputes.

Plaintiff will be allowed to give an oral history of the incident and his injuries. He will not orally relate medical history not related to the areas of injuries claimed in this lawsuit. Defendants will provide relevant medical records concerning Plaintiff to Dr. Moazzaz sufficiently in advance of the examination so as not to waste anyone's time.

The examination must be limited to Plaintiff's conditions that are in controversy in this action: his cervical spine, thoracic spine, lumbar spine, left arm, left wrist, left hand, left fingers, right wrist, right leg, hips, shoulders, and inner left thigh. This examination will not include a mental examination.

**4. ATTENDANCE AND RECORDING**

During the said examination, no person other than Plaintiff's attorney, or attorney's representative, shall be permitted to attend and observe any phase of the said examination. The examination may not be attended by any medical doctor, chiropractor, doctor of osteopath, physician's assistant, or any other medical professional (excluding a nurse observer). If Plaintiff brings a medical professional

(excluding a nurse observer) to the examination, the examination will not go forward, and Plaintiff will be responsible for any cancellation and/or rescheduling fees.

Plaintiff and/or his attorney or attorney's representative shall be allowed to audio record the examination. Dr. Moazzaz shall also be allowed to audio record the examination.

Plaintiff will not sign any paperwork or fill out any paperwork at the doctor's office, including "patient" information forms or consent forms, since Plaintiff is not a patient of Dr. Moazzaz and is consenting to this examination.

**5. COSTS AND EXPENSES**

Defendants shall bear the cost of the examination fee. If Plaintiff cancels the examination with fewer than seven (7) business days' notice, or fails to appear for the scheduled examination, Plaintiff shall be responsible for the physician's cancellation/no-show fee. The fee shall consist of: (1) two hours of reserved examination time at a rate of $850.00 per hour, and (2) any time spent by the physician reviewing medical records at a rate of $850.00 per hour.

**6. REPORTS AND PRODUCTION**

Defendant agrees to provide Plaintiff's counsel with the examiners detailed written report, setting out the examiner's findings, including results of all tests made, diagnoses, and conclusions, within 30 days of receipt of the report from the examiner.

**7. PROTECTIVE ORDER**

All medical records, documents, and information produced to the examining physician shall be used solely for the purpose of this litigation and are subject to the terms of the parties' Stipulated Protective Order, if applicable.

///

///

///

Haight

**8. NO WAIVER**

This stipulation does not waive or prejudice any party's right to call the examiner as an expert witness at trial or to utilize the examiner's report in future dispositive motions.

DATED: August 3, 2026

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Steven A. Scordalakis
Steven A. Scordalakis
Attorneys for Defendants ROYAL LOGISTICS, INC., and JAGJIT SINGH

DATED: August 3, 2026

SETAREH LAW, APLC

By: /s/ LaShon Harris
Daniel Setareh
LaShon Harris
Attorneys for Plaintiff ERIC ANTONIO

**IT IS SO ORDERED**:

DATED: September 3, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE



Haight

Haight